1024

[No. 43804-2-I.    Division One.    April 10, 2000.]
WEST COAST, INC., *Appellant*, v. SNOHOMISH COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-06230-4, Robert S. Lasnik, J., entered November 17, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ. Ordered published December 26, 2000.

[Nos. 41367-8-I; 42892-6-I.    Division One.    April 10, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. LINNIELL
PHIPPS, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LINNIELL
PHIPPS, JR., *Defendant*, LECHAUN DWAYNE BAKER,
*Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 97-1-02254-8, 97-1-02255-6, Michael J. Fox, J., entered September 15, 1997 and June 15, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy and Cox, JJ.

[No. 17866-8-III.    Division Three.    April 13, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. JOSE
RODRIGUEZ MEDRANO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00200-3, Carolyn A. Brown, J., entered September 16, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 17618-5-III.    Division Three.    April 13, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. GILBERT ALLEN
GULICK, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-1-00036-1, Tom Reynolds, J., entered June 4, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.